X FILED ___ LODGED
\ RECEIVED ___ COPY

NOV - 7 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 07 - 1 2 2 1 PHX·JAT(MHB) |
|---|---|
| Plaintiff, v. | **INDICTMENT** |
| 1. Jason Carter Beal; and<br>2. Fernando Lechuga, | VIO: 18:U.S.C. § 1168(b)<br>(Theft by Officers or Employees of Gaming Establishment on Indian Lands)<br>**COUNT 1** |
| Defendants. | |

THE GRAND JURY CHARGES:

On or about November 24, 2006, in the District of Arizona, JASON CARTER BEAL and FERNANDO LECHUGA, being employees of Vee Quiva Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Gila River Indian Community, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any monies, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: November 7, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

/s/
MARK BRNOVICH
Assistant U.S. Attorney